United States Bankruptcy Court
Eastern District of California

In re:                                                              Case No. 13-13379-B
Cody Escovedo                                                       Chapter 7
Deanna Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-1           User: admin              Page 1 of 3          Date Rcvd: May 13, 2013
                               Form ID: b9a             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2013.
```
db/jdb     +Cody Escovedo,    Deanna Martin,    2313 E. La Quinta,    Fresno, CA 93730-4770
aty        +Jeff Reich,    8441 N Millbrook #104,    Fresno, CA 93720-2199
tr         +Sheryl Ann Strain,    575 E. Alluvial Ave #101,    Fresno, CA 93720-2822
20508155    Babies R US,    PO Box 530938,    Atlanta GA 30353-0938
20508159   +Capital One,    26525 N Riverwoods Blvd,    Mettawa IL 60045-3438
20508166   +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste,    Brea CA 92821-6753
20508169   +Direct Stafford Unsubsidized,    PO BOX 530210,    Atlanta GA 30353-0210
20508170   +Dr Bryan DDS,    1150 E Almond,    Madera CA 93637-5642
20508174   +EYE Q VISION,    7075 N SHARON,    FRESNO CA 93720-3329
20508172   +Educempcu,    2222 W Shaw,    Fresno CA 93711-3419
20508173    Espress,    PO Box 659728,    San Antonio TX 78265-9728
20508175   +Fedloan,    Pob 69184,    Harrisburg PA 17106-9184
20508176   +Fnb Omaha,    Po Box 3412,    Omaha NE 68103-0412
20508177   +Fresno Cb Col,    757 L Street,    PO Box 942,    Fresno CA 93714-0942
20508178   +Fresno Childrens Medical Group,    7720 N Fresno Street,    Fresno CA 93720-2407
20508179   +GCFS,    Legal Dept,    PO Box 3410,    Paso Robles CA 93447-3410
20508186   +Greater Cal Fin Svcs,    Po Box 3470,    Paso Robles CA 93447-3470
20508187   +High Desert Creditors,    14608 Main St Ste B,    Hesperia CA 92345-3381
20508188    Hunt Henriques,    151 Bernal Road Suite B,    San Jose CA 95119-1306
20508190   +Kings Credit Service,    510 N Douty St,    Hanford CA 93230-3911
20508194   +Master Card,    PO BOX 30257,    Salt Lake City UT 84130-0257
20508196   +Td Bank Usa Targetcred,    Po Box 673,    Minneapolis MN 55440-0673
20508202   +Visa,    PO BOX 5242,    Fresno CA 93755-5242
20508198    Visa,    PO BOX 960013,    ORLANDO FL 32896-0013
20508200   +Visa,    PO BOX 30257,    Salt Lake City UT 84130-0257
20508203   +Wells Fargo,    PO Box 30677,    Los Angeles CA 90030-0677
20508204   +Wffnatlbnk,    Po Box 94498,    Las Vegas NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         EDI: EDD.COM May 14 2013 14:00:00       Employment Development Department,
             Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM May 14 2013 14:00:00       Franchise Tax Board,    PO Box 2952,
             Sacramento, CA  95812-2952
20508156   +EDI: TSYS2.COM May 14 2013 14:00:00       Barclays Bank Delaware,    125 S West St,
             Wilmington DE 19801-5014
20508157   +EDI: HFC.COM May 14 2013 14:00:00       Best Buy,    PO Box 5264,    Carol Stream IL 60197-5264
20508158    EDI: CAPITALONE.COM May 14 2013 14:00:00       Capital One,    Po Box 85520,    Richmond VA 23285
20508160   +EDI: CAPITALONE.COM May 14 2013 14:00:00       Capital One Best Buy,    Po Box 5253,
             Carol Stream IL 60197-5253
20508161    EDI: RMSC.COM May 14 2013 14:00:00       CareCredit,    PO Box 960061,    Orlando FL 32896-0061
20508162   +EDI: WFNNB.COM May 14 2013 14:00:00       Cb Express,    Po Box 182789,    Columbus OH 43218-2789
20508163   +EDI: WFNNB.COM May 14 2013 14:00:00       Cb Vicscrt,    Po Box 182789,    Columbus OH 43218-2789
20508165    EDI: CITICORP.COM May 14 2013 14:00:00       Citibank,    PO Box 6500,    Sioux Falls SD 57117-6500
20508164   +EDI: CITICORP.COM May 14 2013 14:00:00       Citibank,    Po Box 6241,    Sioux Falls SD 57117-6241
20508167    EDI: RCSFNBMARIN.COM May 14 2013 14:00:00       Credit One,    PO Box 60500,
             City of Industry CA 91716-0500
20508168   +EDI: RCSFNBMARIN.COM May 14 2013 14:00:00       Credit One Bank,    Po Box 98875,
             Las Vegas NV 89193-8875
20508171   +E-mail/Text: bknotifications@myeecu.org May 14 2013 03:21:28
             Educational Employees Credit Union,    PO BOX 5242,    FRESNO CA 93755-5242
20508180    EDI: RMSC.COM May 14 2013 14:00:00       Gecrb Amed,    P O Box 965005,    Orlando FL 32896-5005
20508181    EDI: RMSC.COM May 14 2013 14:00:00       Gecrb Care,    C O P O Box 965036,    Orlando FL 32896-5036
20508182    EDI: RMSC.COM May 14 2013 14:00:00       Gecrb Jcp,    Po Box 984100,    El Paso TX 79998
20508183    EDI: RMSC.COM May 14 2013 14:00:00       Gecrb Lowes,    Po Box 965005,    Orlando FL 32896-5005
20508185   +E-mail/Text: steph-gma@sti.net May 14 2013 02:44:04       Grant Mercantile Agency,    49430 Road 426,
             Oakhurst CA 93644-8618
20508184   +E-mail/Text: steph-gma@sti.net May 14 2013 02:44:04       Grant Mercantile Agency,    49099 Road 426,
             Oakhurst CA 93644-9486
20508189    EDI: RMSC.COM May 14 2013 14:00:00       JCPenneys,    PO Box 960090,    Orlando FL 32896-0090
20508191    EDI: RMSC.COM May 14 2013 14:00:00       Lowes,    PO Box 530914,    Atlanta GA 30353-0914
20508192    EDI: TSYS2.COM May 14 2013 14:00:00       Macys,    PO BOX 689195,    DES MOINES IA 50368-9195
20508193    EDI: TSYS2.COM May 14 2013 14:00:00       Master card,    PO BOX 13337,    Philadelphia PA 19101-3337
20508195   +E-mail/Text: JUDY.BARKSDALE@PMGILLC.COM May 14 2013 04:18:15       Pmgi Llc,
             8581 Santa Monica Blvd,    Los Angeles CA 90069-4120
20508197    EDI: WFNNB.COM May 14 2013 14:00:00       Victorias Secret,    PO BOX 659728,
             SAN ANTONIO TX 78265-9728
20508201   +EDI: WTRRNBANK.COM May 14 2013 14:00:00       Visa,    Mail Stop BV PO BOX 9475,
             MLPS MN 55440-9475
20508199   +EDI: CAPITALONE.COM May 14 2013 14:00:00       Visa,    PO BOX 71083,    CHARLOTTE NC 28272-1083
                                                                                              TOTAL: 28
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

```
District/off: 0972-1          User: admin              Page 2 of 3              Date Rcvd: May 13, 2013
                              Form ID: b9a             Total Noticed: 55

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2013**                    Signature:    _Joseph Speetjens_

Case 13-13379    Filed 05/13/13    Doc 8

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2013 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0

Case 13-13379    Filed 05/13/13    Doc 8

FORM b9a Notice of Chapter 7 Individual or Joint Debtor No Asset Case  (v.12.12)    13–13379 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/10/13 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| | |
|---|---|
| **Case Number:** | 13–13379 – B – 7 |

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

| | |
|---|---|
| Cody Escovedo<br>xxx–xx–2210<br><br>2313 E. La Quinta<br>Fresno, CA 93730 | Deanna Martin<br>xxx–xx–4192<br><br>2313 E. La Quinta<br>Fresno, CA 93730 |

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | Jeff Reich<br>8441 N Millbrook #104<br>Fresno, CA 93720 | **Trustee:** | Sheryl Ann Strain<br>575 E. Alluvial Ave #101<br>Fresno, CA 93720 |
| **Telephone Number:** | (559) 440–1191 | **Telephone Number:** | 559–435–2100 |

## MEETING OF CREDITORS

**Location:** Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1450, 1st Floor, Fresno, CA

**Date & Time:** 6/14/13   11:30 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** – See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:**
**8/13/13**
**Deadline to Object to Exemptions:**   Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Dated:<br>5/13/13 | For the Court,<br>Wayne Blackwelder , Clerk |

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**